

**This page is part of your document - DO NOT DISCARD**





## 20090955221

**Pages:**
**0004**

**Recorded/Filed In Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**06/25/09 AT 08:00AM**

| | |
|---|---|
| FEES: | 15.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 15.00 |



**L E A D S H E E T**







**SEQ:**
**12**

**DAR - Title Company (Hard Copy)**



**THIS FORM IS NOT TO BE DUPLICATED**

t46



**EXHIBIT** 1

RECORDING REQUESTED BY:
RECONTRUST COMPANY
AND WHEN RECORDED MAIL TO:

RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

Forward Tax Statements to Address listed above

06/25/2009

2



SPACE ABOVE THIS LINE FOR RECORDER'S USE

TS No. 09-0017606
Title Order No. 09-8-059634

## TRUSTEE'S DEED UPON SALE

APN#    2747-017-074                    TRANSFER TAX:$   Ø

The Grantee herein  was the beneficiary
The amount of the unpaid debt was $ 357,308.47
The amount paid by the Grantee was $ 190,400.00
The property is in the city of LOS ANGELES (CHATSWORTH AREA), County of LOS ANGELES

RECONTRUST COMPANY, N.A., as the duly appointed Trustee (or successor Trustee or substituted
Trustee), under a Deed of Trust referred to below, and herein called "Trustee", does hereby grant without
covenant or warranty to:

    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR
THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-2CB
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2CB

herein called Grantee, the following described real property situated in LOS ANGELES County,
California:

SEE ATTACHED LEGAL DESCRIPTION EXHIBIT "A" :

This conveyance is made pursuant to the powers conferred upon Trustee by the Deed of Trust executed by
THOMAS STOFER, A SINGLE MAN, as Trustor, recorded on 12/16/2005, Instrument Number 05
3101696 ( or Book , Page ) Official Records in the Office of the County Recorder of LOS ANGELES
County.

All requirements of law regarding the recording and mailing of copies of the Notice of Default and
Election to Sell, and the recording, mailing, posting, and publication of the Notice of Trustee's Sale have
been complied with.

12Ʃ

*Form trsteedeed (01/09)*

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

**EXHIBIT** 1

3

TS No. 09-0017606

Title Order No. 09-8-059634

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its power under said Deed of Trust sold said real property at public auction on 06/16/2009. Grantee, being highest bidder at said sale became the purchaser of said property for the amount bid, which amount was $ 190,400.00.

DATE:     June 16, 2009                          **RECONTRUST COMPANY, N.A.**

                                                 BY: _____
                                                       Regina Myles, Assistant Secretary

State of California          }

County of Ventura            }

On _____JUN 2 2 2009_____ before me, ____Susan R. Hardison____, notary public, personally appeared
____Regina Myles____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature _____     (Seal)
              Susan R. Hardison

SUSAN R. HARDISON
Commission # 1875268
Notary Public - California
Ventura County
My Comm. Expires Jun 15, 2010

*Form trsteedeed (01/09)*

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

EXHIBIT

4

EXHIBIT "A"

THE LAND REFERRED TO IN THIS GUARANTEE IS SITUATED IN THE STATE OF CALIFORNIA, CITY OF LOS ANGELES, COUNTY OF LOS ANGELES AND IS DESCRIBED AS FOLLOWS:

A CONDOMINIUM COMPOSED OF:

PARCEL 1:

ALL THAT PORTION OF LOT 2 OF TRACT NO. 34200, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 895, PAGE(S) 86 AND 87 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, SHOWN AND DEFINED AS UNIT NO. 29 ON COP RECORDED APRIL 6, 1979 AS INSTRUMENT NO. 79-374952, OFFICIAL RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 2:

AN UNDIVIDED 1/40TH INTEREST IN AND TO ALL THAT PORTION OF LOT 2 OF TRACT 34200, SHOWN AND DEFINED AS "COMMON AREA" ON SAID CONDOMINIUM PLAN.

EXCEPT THEREFROM 50 PERCENT OF ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES, LYING BELOW A DEPTH OF 500 FEET, AS RESERVED BY GERALD A. JACK AND FERN I. JACK, HIS WIFE, IN DEED RECORDED MAY 23, 1955 IN BOOK 47850, PAGE 158, OF OFFICIAL RECORDS.

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

EXHIBIT

1

14

# NOTICE TO QUIT

### To: THOMAS STOFER
### AND ALL OTHERS IN POSSESSION

of the premises located at:

## 21901 DUPONT STREET #29, LOS ANGELES (CHATSWORTH AREA), CALIFORNIA 91311

The premises was duly sold in accordance with Section 2924 of the Civil Code of the State of California on **June 16, 2009**, under the power of sale contained in a Deed of Trust recorded in the official records, **Los Angeles** County, California, and the title under sale has been duly perfected.

NOTICE IS HEREBY GIVEN that:

(i)    Within **Three (3) Days** after service of this Notice, in the event you are in possession of the premises and you are not a tenant or subtenant as described below;

(ii)    Within **Thirty (30) Days** after service of this Notice, in the event you are a tenant or subtenant in possession of a rental housing unit sold in foreclosure and any party to the note remains in the property as a tenant, subtenant, or occupant;

(iii)    Within **Ninety (90) Days** after service of this Notice, in the event you are a tenant or subtenant in possession of a rental housing unit sold in foreclosure.

You are required to quit and deliver up possession of the premises to the undersigned or to **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-2CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2CB**, owner, who is authorized to receive the same. Your failure to deliver possession of the premises within three/thirty/ninety days will cause the undersigned to institute legal proceedings against you to recover possession of the premises and for damages as provided by law.

This notice to you is given pursuant to the provisions of California Code of Civil Procedure Section 1161a and 1161b and 12 U.S.C. 5220.

**MILES, BAUER, BERGSTROM & WINTERS, LLP**
Attorneys for Owner

Dated: **July 7, 2009**

by: Brian H. Tran, Esq.
1665 Scenic Ave., Ste. 200
Costa Mesa, CA 92626
(714) 481-9100

File No.  09-05605

EXHIBIT    2

NOTICE: EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

| CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY FOR *(Name)*:

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 9425 PENFIELD AVENUE, #1200
MAILING ADDRESS:
CITY AND ZIP CODE: CHATSWORTH, CA 91311
BRANCH NAME: NORTH VALLEY DISTRICT-CHATSWORTH COURTHOUSE

PLAINTIFF: THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-2
DEFENDANT: THOMAS STOFER

| **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | CASE NUMBER: |
|---|---|

| **Complete this form only if ALL of these statements are true:**<br>1. You are NOT named in the accompanying Summons and Complaint.<br>2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.<br>3. You still occupy the premises. | *(To be completed by the process server)*<br>DATE OF SERVICE:<br><br>*(Date that this form is served or delivered, and posted, and mailed by the officer or process server)* |
|---|---|

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify)*:

2. I reside at *(street address, unit No., city and ZIP code)*:

3. The address of "the premises" subject to this claim is *(address)*:

4. On *(insert date)*: [_____], the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.)*

5. I occupied the premises on the date the complaint was filed *(the date in item 4)*. I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing of $ _____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

*(Continued on reverse)*

CP10.5 [New January 1, 1991]   **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**   Legal Solutions Plus   Code of Civil Procedure, §§ 415.46, 715.010, 715.020, 1174.25

EXHIBIT 2

| PLAINTIFF *(Name)*: THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006- DEFENDANT *(Name)*: THOMAS STOFER | CASE NUMBER: |
|---|---|

**NOTICE:** If you fail to file this claim, you will be evicted without further hearing.

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you)*:
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**WARNING:** Perjury is a felony punishable by imprisonment in the state prison.

Date:

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
        (TYPE OR PRINT NAME)

▶

        (SIGNATURE OF CLAIMANT)

**NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

### - NOTICE TO OCCUPANTS -

**YOU MUST ACT AT ONCE if all the following are true:**
    **1. You are NOT named in the accompanying Summons and Complaint.**
    **2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.** *(The date is the court filing date on the accompanying Summons and Complaint.)*
    **3. You still occupy the premises.**

*(Where to file this form)* You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)* If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

CP10.5 [New January 1, 1991]       **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**       Page two

EXHIBIT  2

SUM-130

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**CONFORMED COPY**

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ORIGINAL FILED
Los Angeles Superior Court

JUL 1 6 2009

JOHN A. CLARKE, CLERK

BY STEVEN OROZCO, DEPUTY

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
THOMAS STOFER and DOES I through X, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS
CWALT, INC., ALTERNATIVE LOAN TRUST 2006-2CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2CB

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
   9425 PENFIELD AVENUE, #1200

   CHATSWORTH, CA 91311
   NORTH VALLEY DISTRICT-CHATSWORTH COURTHOUSE

   CASE NUMBER: *(Número del caso):*
   09H02080

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   Brian H. Tran, Esq., Bar No. 255577          (714) 481-9100
   MILES, BAUER, BERGSTROM & WINTERS, LLP        (714) 481-9151
   1665 Scenic Avenue, Suite 200
   Costa Mesa, CA 92626

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) ☒ did not ☐ did
   for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: _____   Clerk, by _____, Deputy
*(Fecha)*             *(Secretario)*              *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as an occupant
   d. ☐ on behalf of *(specify):*
      under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
             ☐ CCP 415.46 (occupant)              ☐ other *(specify):*

5. ☐ by personal delivery on *(date):*

Page 1 of 2

SUMMONS—UNLAWFUL DETAINER—EVICTION

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 415.456, 1167

EXHIBIT 3

18

**SUM-130**

| | |
|---|---|
| PLAINTIFF *(Name):* THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRU DEFENDANT *(Name):* THOMAS STOFER and DOES I through X, Inclusive | CASE NUMBER: |

6.  **Unlawful detainer assistant** *(complete if plaintiff has received any help or advise for pay from an unlawful detainer assistant):*

    a.  Assistant's name:

    b.  Telephone no.:

    c.  Street address, city, and zip:

    d.  County of registration:

    e.  Registration no.:

    f.  Registration expires on *(date):*

EXHIBIT 3

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Brian H. Tran, Esq., Bar No. 255577<br>MILES, BAUER, BERGSTROM & WINTERS, LLP<br>1665 Scenic Avenue, Suite 200<br><br>Costa Mesa, CA 92626<br>TELEPHONE NO.: (714) 481-9100    FAX NO.: (714) 481-9151<br>ATTORNEY FOR *(Name):* PLAINTIFF | **CONFORMED COPY**<br>OF ORIGINAL FILED<br>Los Angeles Superior Court<br><br>JUL 16 2009<br><br>JOHN A. CLARKE, CLERK<br><br>STEVEN OROZCO, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 9425 PENFIELD AVENUE, #1200
MAILING ADDRESS:
CITY AND ZIP CODE: CHATSWORTH, CA 91311
BRANCH NAME: NORTH VALLEY DISTRICT-CHATSWORTH COURTHOUSE

CASE NAME: THE BANK OF NEW YORK V. STOFER

| **CIVIL CASE COVER SHEET** | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☐ Unlimited  ☒ Limited<br>(Amount        (Amount<br>demanded       demanded is<br>exceeds $25,000) $25,000 or less) | ☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 09H02080 |
| | | JUDGE:<br>DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☒ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is  ☒ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties    d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel    e. ☐ Coordination with related actions pending in one or more courts
       issues that will be time-consuming to resolve           in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence    f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☐ monetary b. ☒ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify):* 1
5. This case ☐ is  ☒ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: July 15, 2009
Brian H. Tran, Esq., Bar No. 255577
*(TYPE OR PRINT NAME)*                                    ► _____
                                                         *(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)*

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]                **CIVIL CASE COVER SHEET**    *Legal Solutions Plus*    Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
                                                                                Cal. Standards of Judicial Administration, std. 3.10

EXHIBIT 3

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**                                    **CM-010**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one box** for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary cause** of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)—Personal Injury/Property
   Damage/Wrongful Death
Uninsured Motorist (46) *(if the
   case involves an uninsured
   motorist claim subject to
   arbitration, check this item
   instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
   Asbestos Property Damage
   Asbestos Personal Injury/
      Wrongful Death
Product Liability *(not asbestos or
   toxic/environmental)* (24)
Medical Malpractice (45)
   Medical Malpractice—
      Physicians & Surgeons
   Other Professional Health Care
      Malpractice
Other PI/PD/WD (23)
   Premises Liability (e.g., slip
      and fall)
   Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
   Intentional Infliction of
      Emotional Distress
   Negligent Infliction of
      Emotional Distress
   Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
   Practice (07)
Civil Rights (e.g., discrimination,
   false arrest) *(not civil
   harassment)* (08)
Defamation (e.g., slander, libel)
   (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
   Legal Malpractice
   Other Professional Malpractice
      *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
   Breach of Rental/Lease
      Contract *(not unlawful detainer
         or wrongful eviction)*
   Contract/Warranty Breach—Seller
      Plaintiff *(not fraud or negligence)*
   Negligent Breach of Contract/
      Warranty
   Other Breach of Contract/Warranty
Collections (e.g., money owed, open
   book accounts) (09)
   Collection Case—Seller Plaintiff
   Other Promissory Note/Collections
      Case
Insurance Coverage *(not provisionally
   complex)* (18)
   Auto Subrogation
   Other Coverage
Other Contract (37)
   Contractual Fraud
   Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
   Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
   Writ of Possession of Real Property
   Mortgage Foreclosure
   Quiet Title
   Other Real Property *(not eminent
      domain, landlord/tenant, or
      foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
   drugs, check this item; otherwise,
   report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
   Writ–Administrative Mandamus
   Writ–Mandamus on Limited Court
      Case Matter
   Writ–Other Limited Court Case
      Review
Other Judicial Review (39)
   Review of Health Officer Order
   Notice of Appeal–Labor
      Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
   *(arising from provisionally complex
   case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
   Abstract of Judgment (Out of
      County)
   Confession of Judgment (non-
      domestic relations)
   Sister State Judgment
   Administrative Agency Award
      *(not unpaid taxes)*
   Petition/Certification of Entry of
      Judgment on Unpaid Taxes
   Other Enforcement of Judgment
      Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
   above)* (42)
   Declaratory Relief Only
   Injunctive Relief Only *(non-
      harassment)*
   Mechanics Lien
   Other Commercial Complaint
      Case *(non-tort/non-complex)*
   Other Civil Complaint
      *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
   Governance (21)
Other Petition *(not specified
   above)* (43)
   Civil Harassment
   Workplace Violence
   Elder/Dependent Adult
      Abuse
   Election Contest
   Petition for Name Change
   Petition for Relief from Late
      Claim
   Other Civil Petition

CM-010 [Rev. July 1, 2007]                    **CIVIL CASE COVER SHEET**                        Page 2 of 2



EXHIBIT

3

21

| SHORT TITLE: | THE BANK OF NEW YORK V. STOFER | CASE NUMBER |
|---|---|---|

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to LASC Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.

Item I. Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☐ YES    CLASS ACTION? ☐ YES    LIMITED CASE? ☒ YES    TIME ESTIMATED FOR TRIAL 1/2  ☒ HOURS/ ☐ DAYS

Item II.  Select the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:**  After first completing the Civil Case Cover Sheet Form, find the main civil case cover sheet heading for your case in the left margin below, and, to the right in Column A, the Civil Case Cover Sheet case type you selected.

**Step 2:**  Check **one** Superior Court type of action in Column B below which best describes the nature of this case.

**Step 3:**  In Column C, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Los Angeles Superior Court Local Rule 2.0.

### Applicable Reasons for Choosing Courthouse Location (See Column C below)

1. Class Actions must be filed in the County Courthouse, Central District.
2. May be filed in Central (Other county, or no Bodily Injury/Property Damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.

**Step 4:**  Fill in the information requested on page 4 in Item III; complete Item IV.  Sign the declaration.

|  | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/Property Damage/Wrongful Death Tort** | Asbestos (04) | ☐ A6070  Asbestos Property Damage | 2. |
| | | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2. |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1., 2., 4. |
| | | ☐ A7240  Other Professional Health Care Malpractice | 1., 2., 4. |
| | Other<br>Personal Injury<br>Property Damage<br>Wrongful Death<br>(23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1., 2., 4. |
| | | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 2., 4. |
| | | ☐ A7270  Intentional Infliction of Emotional Distress | 1., 2., 3. |
| | | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| **Non-Personal Injury/Property Damage/Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 2., 3. |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 1 of 4
LA-4B1

*EXHIBIT*



3
22

| SHORT TITLE: | THE BANK OF NEW YORK V. STOFER | CASE NUMBER |
|---|---|---|

| | A<br>Civil Case Cover<br>Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons<br>- See Step 3 Above |
|---|---|---|---|
| **Non-Personal Injury/Property Damage/ Wrongful Death Tort (Cont'd.)** | Professional<br>Negligence<br>(25) | ☐ A6017  Legal Malpractice | 1., 2., 3. |
| | | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 2., 3. |
| **Employment** | Wrongful Termination<br>(36) | ☐ A6037  Wrongful Termination | 1., 2., 3. |
| | Other Employment<br>(15) | ☐ A6024  Other Employment Complaint Case | 1., 2., 3. |
| | | ☐ A6109  Labor Commissioner Appeals | 10. |
| **Contract** | Breach of Contract/<br>Warranty<br>(06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not Unlawful Detainer or wrongful eviction) | 2., 5. |
| | | ☐ A6008    Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | | ☐ A6019    Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | | ☐ A6028    Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| | Collections<br>(09) | ☐ A6002    Collections Case-Seller Plaintiff | 2., 5., 6. |
| | | ☐ A6012    Other Promissory Note/Collections Case | 2., 5. |
| | Insurance Coverage<br>(18) | ☐ A6015    Insurance Coverage (not complex) | 1., 2., 5., 8. |
| | Other Contract<br>(37) | ☐ A6009    Contractual Fraud | 1., 2., 3., 5. |
| | | ☐ A6031    Tortious Interference | 1., 2., 3., 5. |
| | | ☐ A6027    Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** | Eminent<br>Domain/Inverse<br>Condemnation (14) | ☐ A7300    Eminent Domain/Condemnation    Number of parcels _____ | 2. |
| | Wrongful Eviction<br>(33) | ☐ A6023    Wrongful Eviction Case | 2., 6. |
| | Other Real Property<br>(26) | ☐ A6018  Mortgage Foreclosure | 2., 6. |
| | | ☐ A6032  Quiet Title | 2. ,6. |
| | | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| **Unlawful Detainer** | Unlawful Detainer -<br>Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer -<br>Residential (32) | ☒ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer -<br>Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2., 6. |
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108    Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | ☐ A6115    Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 2 of 4

EXHIBIT  3

23

| SHORT TITLE: THE BANK OF NEW YORK V. STOFER | CASE NUMBER |
|---|---|

| | **A** Civil Case Cover Sheet Category No. | **B** Type of Action (Check only one) | **C** Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| **Judicial Review (Cont'd.)** | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2., 8. |
| | | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2. |
| | | ☐ A6153  Writ - Other Limited Court Case Review | 2. |
| | Other Judicial Review (39) | ☐ A6150  Other Writ / Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007  Construction defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ A6141  Sister State Judgment | 2., 9. |
| | | ☐ A6160  Abstract of Judgment | 2., 6. |
| | | ☐ A6107  Confession of Judgment (non-domestic relations) | 2., 9. |
| | | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | | ☐ A6112  Other Enforcement of Judgment Case | 2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints (Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only | 1., 2., 8. |
| | | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment | 2., 3., 9. |
| | | ☐ A6123  Workplace Harassment | 2., 3., 9. |
| | | ☐ A6124  Elder/Dependent Adult Abuse Case | 2., 3., 9. |
| | | ☐ A6190  Election Contest | 2. |
| | | ☐ A6110  Petition for Change of Name | 2., 7. |
| | | ☐ A6170  Petition for Relief from Late Claim Law | 2., 3., 4., 8. |
| | | ☐ A6100  Other Civil Petition | 2., 9. |

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 3 of 4

EXHIBIT  3
24

| SHORT TITLE: THE BANK OF NEW YORK V. STOFER | CASE NUMBER |
|---|---|

Item III. Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., Step 3 on Page 1, as the proper reason for filing in the court location you selected.

| REASON: CHECK THE NUMBER UNDER COLUMN C WHICH APPLIES IN THIS CASE | ADDRESS: |
|---|---|
| ☐1. ☐2. ☐3. ☐4. ☐5. ☐6. ☒6. ☐7. ☐8. ☐9. ☐10. | 21901 DUPONT STREET #29 |

| CITY: LOS ANGELES (CHATSWORTH AREA) | STATE: CA | ZIP CODE: 91311 | |
|---|---|---|---|

Item IV. *Declaration of Assignment*: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the CHATSWORTH _____ courthouse in the NORTH VALLEY _____ District of the Los Angeles Superior Court (Code Civ. Proc., § 392 et seq., and LASC Local Rule 2.0, subds. (b), (c) and (d)).

Dated: July 15, 2009

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)
Brian H. Tran, Esq.

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet form CM-010.
4. Complete Addendum to Civil Case Cover Sheet form LACIV 109 (Rev 01/07), LASC Approved 03-04.
5. Payment in full of the filing fee, unless fees have been waived.
6. Signed order appointing the Guardian ad Litem, JC form FL-935, if the plaintiff or petitioner is a minor under 18 years of age, or if required by Court.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 4 of 4

EXHIBIT 3
25

1   **MILES, BAUER, BERGSTROM & WINTERS, LLP**
  Brian H. Tran, Esq., Bar No. 255577
2   1665 Scenic Avenue, Suite 200   (STOFER-09-0565)
  Costa Mesa, CA  92626
3   Phone: (714) 481-9100
  Facsimile: (714) 481-9151
4

*CONFORMED COPY*
*OF ORIGINAL FILED*
*Los Angeles Superior Court*

JUL 1 6 2009

JOHN A. CLARKE, CLERK
BY STEVEN OROZCO, DEPUTY

5   Attorneys for Plaintiff,
  THE BANK OF NEW YORK MELLON FKA THE
6   BANK OF NEW YORK, AS TRUSTEE FOR THE
  CERTIFICATEHOLDERS CWALT, INC.,
7   ALTERNATIVE LOAN TRUST 2006-2CB
  MORTGAGE PASS-THROUGH CERTIFICATES,
8   SERIES 2006-2CB

9

10         SUPERIOR COURT OF THE STATE OF CALIFORNIA

11             FOR THE COUNTY OF LOS ANGELES

12       NORTH VALLEY DISTRICT – CHATSWORTH COURTHOUSE

13

| | |
|---|---|
| 14   THE BANK OF NEW YORK MELLON FKA )<br>  THE BANK OF NEW YORK, AS TRUSTEE )<br>15   FOR THE CERTIFICATEHOLDERS )<br>  CWALT, INC., ALTERNATIVE LOAN )<br>16   TRUST 2006-2CB MORTGAGE PASS- )<br>  THROUGH CERTIFICATES, SERIES 2006- )<br>17   2CB )<br>18           Plaintiff(s), )<br>  )<br>19         vs. )<br>  THOMAS STOFER and DOES I through X, )<br>20   Inclusive, )<br>          Defendants. ) | CASE NO.:  09H02080<br><br>**COMPLAINT FOR UNLAWFUL<br>DETAINER**<br><br>[THE DEMAND DOES NOT EXCEED<br>$10,000] |

21

22   Plaintiff alleges:

23       1. Plaintiff, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW

24   YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE

25   LOAN TRUST 2006-2CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-

26   2CB ("Plaintiff"), is at all times mentioned a Corporation authorized to do business in California

27   and is the owner of and entitled to immediate possession of the subject property generally

28   described as 21901 DUPONT STREET #29, LOS ANGELES (CHATSWORTH AREA),

  CALIFORNIA 91311 ("Property").

-1-

COMPLAINT FOR UNLAWFUL DETAINER

EXHIBIT 3

26

2. Plaintiff is informed and believes that Defendants, and each of them, are now and at all times mentioned herein were resident(s) of the County of LOS ANGELES, State of California.

3. Plaintiff is unaware of the true names and capacities whether individual, corporate, associate or otherwise of the Defendants sued as Does 1 through 10, inclusive, and therefore Defendants are sued under fictitious names. When the true names and capacities of the fictitiously named Defendants have been ascertained, Plaintiff will seek leave of the Court to amend this Complaint accordingly. Plaintiff is informed and believes that the fictitiously named Defendants are responsible in some manner for the events and happenings hereinafter referred to, thereby causing Plaintiff the damages herein alleged.

4. Plaintiff is informed and believes that THOMAS STOFER is in possession of the Property.

5. Prior to the commencement of this action, title to the subject Property was vested in the name or names of THOMAS STOFER. THOMAS STOFER was the original Trustor under a Deed of Trust, which secured the Property, recorded in the official records of LOS ANGELES County, California. The Deed of Trust contained a power of sale clause that allowed the Trustee to proceed with a non-judicial foreclosure upon default.

6. The Property was sold by the Trustee to Plaintiff at a Trustee's Sale. Said Trustee's Sale was held in accordance with California Civil Code §2924 et. seq.

7. The Trustee's Sale was duly perfected by recording a Trustee's Deed Upon Sale in the Office of the County Recorder of LOS ANGELES County, California. A true and correct copy of the Trustee's Deed Upon Sale is attached hereto as Exhibit "A" and incorporated herein by reference.

8. After Plaintiff obtained legal title to the Property, Plaintiff caused to be served on the Defendant a Notice to Quit. The Notice to Quit gave any tenant thirty (30) or ninety (90) days in

-2-
COMPLAINT FOR UNLAWFUL DETAINER

EXHIBIT 3

1   which to vacate the Property and the previous owner or any other occupant three (3) days in

2   which to vacate the Property upon service of the Notice to Quit.

3       9.  Service of the Notice to Quit on THOMAS STOFER was effected by posting a copy

4   of the Notice to Quit at the premises on JULY 8, 2009, and by mailing a copy of same on JULY

5   8, 2009, because defendant could not be found on the premises.  Service of the Notice to Quit on

6   all other occupants was effected by posting a copy of the Notice to Quit at the premises on JULY

7   8, 2009, and by mailing a copy of same on JULY 8, 2009.  Attached hereto as Exhibit "B" is a

8   true and correct copy of the Notice to Quit along with copies of the Proof of Service.

9       10.  More than three (3) days have elapsed since service of said Notice to Quit on the

10  Defendant, but Defendant has failed and refused to deliver up possession of the Property.

11      11.  Plaintiff demands possession of the Property from the Defendants, and each of them,

12  pursuant to California Code of Civil Procedure §1161a(b) and §1161a(c).

13

14      12.  Defendant continues in possession of the Property without Plaintiff's permission or

15  consent.

16      13.  The reasonable daily rental value of the Property is $89.33.

17      WHEREFORE, Plaintiff prays for Judgment against Defendants, and each of them, as

18  follows:

19      a)  Restitution and possession of the Property;

20      b)  An Order directing Defendants to quit and deliver up possession of the Property to

21          Plaintiff;

22      c)  Damages at the rate of $89.33 per day, from and including JULY 14, 2009, for

23          each day that Defendants continue in possession of the Property up to date of

24          Judgment;

25  ///

26  ///

27  ///

28

-3-
COMPLAINT FOR UNLAWFUL DETAINER

EXHIBIT 3
28

1    d)  For costs of suit herein;

2    e)  For such other relief as the Court deems just and proper.

3    Dated:  JULY 15, 2009            MILES, BAUER, BERGSTROM & WINTERS, LLP

4

5    _____

6    Brian H. Tran, Esq.
     Attorneys for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

COMPLAINT FOR UNLAWFUL DETAINER

EXHIBIT

3

29

1

## VERIFICATION

2    STATE OF CALIFORNIA, COUNTY OF ORANGE

3        I am an attorney at law duly licensed to practice before this court and I am an associate in

4    the law firm of Miles, Bauer, Bergstrom & Winters, LLP, attorneys for THE BANK OF NEW

5    YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE

6    CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-2CB

7    MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2CB, a party to this action.

8    Such party is absent from the county aforesaid where such attorneys have their office and make

9    the verification for and on behalf of that party for that reason. I have read the above document

10    and know its contents. I am informed and believe and on that ground allege that the matters

11    stated in it are true.

12        Executed on JULY 15, 2009, at Costa Mesa, California.

13        I declare under penalty of perjury under the laws of the State of California that the above

14    is true and correct.

15                   MILES, BAUER, BERGSTROM & WINTERS, LLP

16

17                   Brian H. Tran, Esq.

18                   Attorneys for Plaintiff

19

20

21

22

23

24

25

26

27

28

-5-

COMPLAINT FOR UNLAWFUL DETAINER

EXHIBIT

3

30

RECORDING REQUESTED BY
RECONTRUST COMPANY
AND WHEN RECORDED MAIL TO:
RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

Forward Tax Statements to Address listed above

2

*20090955221*

06/25/2009

─────────────────────────────────────────────
SPACE ABOVE THIS LINE FOR RECORDER'S USE

TS No. 09-0017606
Title Order No. 09-8-059634

## TRUSTEE'S DEED UPON SALE

APN#   2747-017-074                TRANSFER TAX: $___∅___

The Grantee herein  was the beneficiary
The amount of the unpaid debt was $ 357,308.47
The amount paid by the Grantee was $ 190,400.00
The property is in the city of LOS ANGELES (CHATSWORTH AREA), County of LOS ANGELES

RECONTRUST COMPANY, N.A., as the duly appointed Trustee (or successor Trustee or substituted
Trustee), under a Deed of Trust referred to below, and herein called "Trustee", does hereby grant without
covenant or warranty to:

   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR
THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-2CB
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2CB

herein called Grantee, the following described real property situated in LOS ANGELES County,
California:

SEE ATTACHED LEGAL DESCRIPTION EXHIBIT "A"

This conveyance is made pursuant to the powers conferred upon Trustee by the Deed of Trust executed by
THOMAS STOFER, A SINGLE MAN, as Trustor, recorded on 12/16/2005, Instrument Number 05
3101696 ( or Book , Page ) Official Records in the Office of the County Recorder of LOS ANGELES
County.

All requirements of law regarding the recording and mailing of copies of the Notice of Default and
Election to Sell, and the recording, mailing, posting, and publication of the Notice of Trustee's Sale have
been complied with.

12/

Form trsteedeed (01/09)

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

EXHIBIT 3

31

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

3

TS No. 09-0017606

Title Order No. 09-8-059634

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its power under said Deed of Trust sold said real property at public auction on 06/16/2009. Grantee, being highest bidder at said sale became the purchaser of said property for the amount bid, which amount was $ 190,400.00.

DATE:     June 16, 2009                          RECONTRUST COMPANY, N.A.

                                        BY: _____
                                             Regina Myles, Assistant Secretary

State of California            }

County of Ventura              }

On ___JUN 2 2 2009___ before me, ___Susan R. Hardison___, notary public, personally appeared ___Regina Myles___, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature _____     (Seal)
          Susan R. Hardison



SUSAN R. HARDISON
Commission # 1675268
Notary Public - California
Ventura County
My Comm. Expires Jun 15, 2010

*Form trsteedeed (01/09)*

EXHIBIT

3

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

4

## EXHIBIT "A"

THE LAND REFERRED TO IN THIS GUARANTEE IS SITUATED IN THE STATE OF CALIFORNIA, CITY OF LOS ANGELES, COUNTY OF LOS ANGELES AND IS DESCRIBED AS FOLLOWS:

A CONDOMINIUM COMPOSED OF:

PARCEL 1:

ALL THAT PORTION OF LOT 2 OF TRACT NO. 34200, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 895, PAGE(S) 86 AND 87 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, SHOWN AND DEFINED AS UNIT NO. 29 ON COP RECORDED APRIL 6, 1979 AS INSTRUMENT NO. 79-374952, OFFICIAL RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 2:

AN UNDIVIDED 1/40TH INTEREST IN AND TO ALL THAT PORTION OF LOT 2 OF TRACT 34200, SHOWN AND DEFINED AS "COMMON AREA" ON SAID CONDOMINIUM PLAN.

EXCEPT THEREFROM 50 PERCENT OF ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES, LYING BELOW A DEPTH OF 500 FEET, AS RESERVED BY GERALD A. JACK AND FERN I. JACK, HIS WIFE, IN DEED RECORDED MAY 23, 1955 IN BOOK 47850, PAGE 158, OF OFFICIAL RECORDS.

PAGE 4

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

EXHIBIT

3

33