| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ☐ *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re | |
|---|---|
| Debtor(s), | CHAPTER<br><br>CASE NUMBER |
| Plaintiff(s),<br><br>vs.<br><br>Debtor(s). | ☐ ADVERSARY NUMBER (if applicable)<br>☐ See attached list for multiple cases that require an update to the attorneys information |

## NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, _____,_____,_____
　　　　　　　*Name*　　　　　　　　　　　　*Bar ID Number*　　　　　　　　　　*E-Mail Address*
❏ am **counsel of record** or
❏ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____

_____

❏ am **counsel of record** or
❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

### PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to_____
New Firm/Government Agency Name_____
New Address_____
New Telephone Number_____New Facsimile Number _____
New E-Mail Address_____

_____
Notice of Change of Address or Law Firm
(September 2009)

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

❏ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
  ❏ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*
  ❏ I am, or
  ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
  ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
  ❏ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
  ❏ I am, or
  ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

**\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated:_____                    _____
                                                          Signature of Present Attorney

---

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

---

(September 2009)                              Notice of Change of Address or Law Firm

## ADDITIONAL CASES

| Case No. | Debtor |
| --- | --- |
| 9:09-BK-11700-RR | Teresea Lee Harris and Richard Winsor Harris |
| 2:09-BK-34989 | Vachagan Amirkhanyan |
| 6:09-bk-18550-RN | Michael Naudin |
| 1:09-bk-20166 | Maryam Rasouli |
| 2:09-bk-21940-SB | Terry White |
| 2:09-bk-23001 | Hayk Gasparyan and Lusine Poghosyan |
| 2:09-bk-28786-ER | Frida Solomon |
| 2:09-bk-33873-ER | Mike Misak Kupelian and Paylazun Kupelian |
| 1:09-bk-22962-MT | Thomas Stofer |